ACCEPTED
06-14-00064-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/24/2015 5:00:31 PM
DEBBIE AUTREY
CLERK

**No. 06-14-00064-CV**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/26/2015 8:57:00 AM
DEBBIE AUTREY
Clerk

# In The Sixth Court Of Appeals
## Texarkana, Texas

JOYCE STEEL ERECTION, LTD.,
*Appellant*

V.

GORDON RAY BONNER,
*Appellee*

## APPELLANT'S SECOND AND AGREED MOTION TO EXTEND TIME TO FILE OPENING BRIEF

**NORTON ROSE FULBRIGHT US LLP**
Rosemarie Kanusky
State Bar No. 00790999
rosemarie.kanusky@nortonrosefulbright.com
300 Convent, Suite 2100
San Antonio, Texas 78205
Telephone: 210.270.9362
Facsimile: 210.270.7205

**NORTON ROSE FULBRIGHT US LLP**
J. Jeffery Richardson
jeff.richardson@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 78201
Telephone: 214.855.8121
Facsimile: 214.855.8200

*Counsel for Appellant, Joyce Steel Erection, Ltd.*

# IDENTITY OF PARTIES AND COUNSEL

**Appellant/Defendant:**

Joyce Steel Erection, Ltd.

**Appellate Counsel:**

NORTON ROSE FULBRIGHT US LLP
Rosemarie Kanusky
rosemarie.kanusky@nortonrosefulbright.com
300 Convent, Suite 2100
San Antonio, Texas 78205
Telephone: 210.224.5575
Facsimile: 210.270.7205

NORTON ROSE FULBRIGHT US LLP
J. Jeffery Richardson
jeff.richardson@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 78201
Telephone: 214.855.8121
Facsimile: 214.855.8200

**Trial Counsel:**

ADKERSON, HAUDER & BEZNEY, P.C.
Paul A. Bezney
paul@ahblaw.net
J. Kevin Kindred
kevin@ahblaw.net
1700 Pacific Avenue, Ste. 4450
Dallas, Texas 75201
Telephone: 214.740.2500
Facsimile: 214.740.2501

**Appellee/Plaintiff:**

Gordon Ray Bonner

**Appellee's Counsel:**

CLEMENTS & CLEMENTS
Robert L. Clements
Robert@clementslaw.com
Kelly R. Clements
Kelly@clementslaw.com
731 N. St. Paulus Ave.
Dallas, Texas 75214
Telephone: 214.827.1122
Facsimile: 214.827.1126

MERCY CARTER TIDWELL, L.L.P
John R. Mercy
jmercy@texarkanalawyers.com
1724 Galleria Oaks Drve
Texarkana, Texas 75503
Telephone: 903.794.9419
Facsimile: 903.794.1268

**TO THE HONORABLE SIXTH COURT OF APPEALS:**

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), Appellant files this agreed second motion to extend time to file its opening brief.

Appellant's main appellate counsel, Mr. O. Rey Rodriquez, has filed a motion to withdraw and substitute counsel based on ongoing illness. New counsel respectfully requests one 20-day extension of time, making the Appellant's opening brief due on March 26, 2015. No further extensions are anticipated.

The last portion of the appellate record was filed on January 5, 2015. Appellant previously filed an unopposed motion to extend time for 30 days, which was granted. Although this Court disfavors additional extensions, Appellant respectfully seeks this extension to allow new counsel to prepare a cogent and succinct brief.

Appellant requests that the Court grant this motion and set its deadline for its opening brief for March 26, 2015. Appellant requests all other relief to which it may be entitled.

Respectfully submitted,

By: _/s/ Rosemarie Kanusky_

**NORTON ROSE FULBRIGHT US LLP**
Rosemarie Kanusky
State Bar No. 00790999
rosemarie.kanusky@nortonrosefulbright.com
300 Convent, Suite 2100
San Antonio, Texas 78205
Telephone: 210.224.5575
Telecopier: 210.270.7205

**NORTON ROSE FULBRIGHT US LLP**
J. Jeffery Richardson
Jeff.Richardson@Nortonrosefulbright.Com
2200 Ross Avenue, Suite 3600
Dallas, Texas 78201
Telephone: 214.855.8121
Facsimile: 214.855.8200

*Counsel for Appellant, Joyce Steel Election, Ltd.*

## CERTIFICATES OF COMPLIANCE, CONFERENCE, AND SERVICE

I certify that the foregoing motion is 14 point font. I also certify that I conferred with counsel for Appellee, Mr. John Mercy, who agrees to the this motion under the circumstances. Finally, I certify that copy of this motion was emailed to the following through the electronic filing portal:

Robert L. Clements
Robert@clementslaw.com
Kelly R. Clements
Kelly@clementslaw.com
CLEMENTS & CLEMENTS
731 N. St. Paulus Ave.
Dallas, Texas 78214
*Counsel for Appellee,*
*Gordon Ray Bonner*

John R. Mercy
jmercy@texarkanalawyers.com
MERCY CARTER TIDWELL, L.L.P
1724 Galleria Oaks Drive
Texarkana, Texas 75503
*Counsel for Appellee,*
*Gordon Ray Bonner*

Paul A. Bezney
paul@ahblaw.net
J. Kevin Kindred
kevin@ahblaw.net
ADKERSON, HAUDER & BEZNEY, P.C.
1700 Pacific Avenue, Ste. 4450
Dallas, Texas 75201
*Trial Counsel for Appellant,*
*Joyce Steel Election, Ltd.*

/s/ Rosemarie Kanusky
March 24, 2015

41532653